### 1233.  STAPLES *v.* THE STATE.

The evidence authorizes the verdict; no reversible error of law appears.

Indictment for burglary, from Polk superior court—Judge Edwards.  April 21, 1908.

Argued June 30,—Decided July 31, 1908.

*W. A. James,* for plaintiff in error.

*W. K. Fielder, solicitor-general,* contra.

POWELL, J.  The defendant was convicted of burglary; and the evidence is ample to sustain the conviction.  Several of the grounds of the motion for a new trial, especially those relating to rulings upon testimony, are not stated with that accuracy essential to a review by this court.  None of the other exceptions are meritorious; at least none of them present any error of sufficient importance to justify a reversal.  *Judgment affirmed.*